FILED
CLERK, U.S. DISTRICT COURT

MAY - 2 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ANTONIO SILVA,                    ) Case No. CV 11-7464 JHN (MRW)
                    Petitioner,   )
        vs.                       ) JUDGMENT
T. SCHWARTZ, et al.,              )
                    Respondent.   )
_____ )

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATE:   May 2, 2012

_____
HON. JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE